IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCOTT MAYS, | No. CIV S-12-0283-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TRINITY COUNTY JAIL AND MEDICAL PROCEDURES, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

/ / /

/ / /

/ / /

/ / /

1

1 Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 randomly assign a District Judge to this case and to update the docket to reflect the new case
3 number.

5 DATED: March 22, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE